## UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF PENNSYLVANIA

KIM MILLBROOK,                          :     CIVIL ACTION NO. 3:13-cv-2000
                                        :
          Plaintiff                     :     (Judge Nealon)
                                        :
     v.                                 :
                                        :
                                        :
WARDEN BLEDSOE, ET AL.,                 :
                                        :
          Defendants                    :

## ORDER

**AND NOW,  THIS 17ᵀᴴ DAY OF MARCH, 2015**, in accordance with the

Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1.    Defendants' motion for summary judgment (Doc. 19) is **GRANTED**;

2.    Summary judgment is entered in favor of the Defendants; and

3.    The Clerk of Court is directed to **CLOSE** the case.


                                        **/s/ William J. Nealon**
                                        **United States District Judge**